# IN THE SUPREME COURT OF THE STATE OF DELAWARE

KATHLEEN DANIELS, §
§ No. 503, 2015
Respondent Below, §
Appellant, §
§
§ Court Below - Family Court
v. § of the State of Delaware
§
DIVISION OF FAMILY SERVICES, § File No.: 15-02-03TN
§ Petition No.: 15-03754
Petitioner Below, §
Appellee. §

Submitted: April 27, 2016
Decided: May 2, 2016

Before **STRINE**, Chief Justice; **HOLLAND** and **VAUGHN**, Justices.

## ORDER

This 2nd day of May 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Family Court should be affirmed on the basis of and for the reasons assigned by the Family Court in its bench ruling dated August 17, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice